[No. 24874–0–I. Division One. January 22, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES ARTIS
BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89–1–00830–7, John M. Darrah, J., entered
September 11, 1989. *Affirmed in part* and *remanded* by

unpublished opinion per Grosse, C.J., concurred in by Pekelis, J., and Winsor, J. Pro Tem.